

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| HIBERNIA ENERGY III, LLC AND TRP MIDLAND LLC, | § | No.08-21-00092-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 112th District Court |
| v. | | |
| | § | of Reagan County, Texas |
| FERAE NATURAE, LLC, | | |
| | § | (TC# CV02322) |
| Appellee. | | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 11, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Bradley H. Bains, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 11, 2022

IT IS SO ORDERED this 4th day of January, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.